No. 582. ROTH *v.* UNITED STATES. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit granted, limited to questions 1, 2, and 3 presented by the petition for the writ which read as follows:

"1. Does the federal obscenity statute (18 U. S. C. § 1461, 62 Stat. 768, 69 Stat. 183) violate the freedom of speech and freedom of the press guarantees of the First Amendment?

"2. Does the federal obscenity statute (18 U. S. C. § 1461, 62 Stat. 768, 69 Stat. 183) violate the due process clause of the Fifth Amendment?

"3. Does the federal obscenity statute (18 U. S. C. § 1461, 62 Stat. 768, 69 Stat. 183) violate the First, Ninth and Tenth Amendments in that it improperly invades powers reserved to the States and to the people?"

*David von G. Albrecht, David P. Siegel* and *Peter Belsito* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States. ▮

No. 525. UNITED STATES *v.* CENTRAL EUREKA MINING Co. ET AL. Court of Claims. Certiorari granted. *Solicitor General Rankin, Assistant Attorney General Doub* and *Melvin Richter* for the United States. *Edward W. Bourne, Eugene Z. Du Bose* and *Edward E. Rigney* for the Homestake Mining Co., *Phillip Barnett* and *Ralph D. Pittman* for the Central Eureka Mining Co., *O. R. Mc-Guire, Jr.* for the Alaska-Pacific Consolidated Mining Co., *George Herrington* and *William H. Orrick, Jr.* for the Idaho Maryland Mines Corporation, and *Samuel Green, John W. Cutler* and *John D. Costello* for the Bald Mountain Mining Co. et al., respondents. ▮